FILED
APR - 1 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | JUDGE LIOI |
| v. | ) | CASE NO. 1:21CR224 |
| | ) | Title 18, United States Code, |
| KENYATTA JEVON CARPENTER, | ) | Section 1343 |
| Defendant. | ) | |

GENERAL ALLEGATIONS

At all times material and relevant to this Indictment:

1. Defendant KENYATTA JEVON CARPENTER was the registered agent of owner of Chef Yatta, LLC ("Chef Yatta"), a domestic limited liability. Chef Yatta was registered with the Georgia Secretary of State on June 19, 2020, to engage in the retail trade of specialty food stores.

2. Defendant held an account at Heritage Bank in Atlanta, Georgia, ending in x6369 ("Heritage Bank account"), the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

3. The Victim was an Ohio company, which was registered with the Ohio Secretary of State on January 1, 2018, and was a developer of senior living communities throughout Ohio. The Victim was located in Solon, Ohio, which was located in the Northern District of Ohio, Eastern Division.

4. The Victim held an account at First National Bank of Pennsylvania in Solon, Ohio, ending in x2524 ("First National account"), the deposits of which were insured by the FDIC.

5. The Vendor was an Ohio construction company, which was registered with the Ohio Secretary of State on July 1, 2018, and was located in Hudson, Ohio.

### The Scheme to Defraud

5. From on or about June 9, 2020, through on or about August 26, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant KENYATTA JEVON CARPENTER, and other persons, both known and unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud the Victim and obtain money, and property, by means of false and fraudulent pretenses, representations, and promises.

### Manner and Means

6. It was part of the scheme to defraud that on or about June 19, 2020, Defendant opened the Heritage Bank account in the name of Chef Yatta, LLC.

7. It was part of the scheme that Defendant and others created a fake domain name similar to the Vendor's name and email address.

8. It was part of the scheme that Defendant and others emailed the Victim posing as the Vendor and requested that the Victim send funds using interstate wires to the Vendor's purported new bank account, the Heritage Bank account, without the knowledge or consent of the Vendor.

9. It was part of the scheme to defraud that Defendant and others telephoned the Victim to confirm the wire transfer.

10. It was part of the scheme that Defendant and others caused the Victim to transfer $239,747.40 via wire from Victim's First National Bank account in Solon, Ohio, to the Heritage Bank account, controlled by Defendant, in Atlanta, Georgia.

11. It was part of the scheme that on or about July 20, 2020, Defendant withdrew the transferred funds from his Heritage Bank account and used them to purchase a Bentley automobile.

12. As a result of the foregoing scheme, the Victim suffered a loss of $239,747.40.

COUNT 1
(Wire Fraud, 18 U.S.C. § 1343)

The Grand Jury charges:

13. Paragraphs 1 through 12 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

14. From on or about June 9, 2020, to on or about August 26, 2020, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, Defendant KENYATTA JEVON CARPENTER transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures, and sounds, to wit: a wire transfer from the Victim's First National Bank account to the Heritage Bank account controlled by Defendant on or about the date below.

| Count | Date | Amount | Originating Bank Account | Destination Bank Account |
|---|---|---|---|---|
| 1 | 7/16/20 | $239,747.40 | First National Bank Solon, Ohio | Heritage Bank Atlanta, Georgia |

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE SPECIFICATION

The Grand Jury further charges:

1. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant KENYATTA JEVON CARPENTER, shall forfeit to the

3

United States any property, constituting or derived from proceeds obtained directly or indirectly as a result of the violations charged in Count 1; including, but not limited to a 2018 Bentley Bentayga W12 VIN: SJAAC2ZV7JC019765 bearing Georgia tag CPC4457; $17,773.17 from the Heritage Bank account; and a money judgment in the amount of the proceeds traceable to the violation charged in Count 1.

## SUBSTITUTE ASSETS

If, as a result of any act or omission Defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of Defendant up to the value of the forfeitable property described above.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4